I. NEWTON STREEP, Respondent, v. BENNETT GARAGE, INC., Appellant, Impleaded with Others, Defendants.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the following extent: 1. The two separate violations of the covenant against subletting constitute two separate causes of action and should be separately stated and numbered. 2. The following paragraphs of the amended complaint should be stricken out as irrelevant, redundant and evidentiary, viz.: Paragraphs XIII, XV to XXXI, inclusive. 3. An amended complaint should be served in conformity with this decision (Rules Civ. Prac. rule 103), to which defendant may plead within twenty days after service. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order upon notice.

THE WAYNE COUNTY PRODUCE COMPANY, Respondent, v. CHARLES L. NOBLE, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

IRA WELCH, Appellant, v. LUDLUM STEEL COMPANY, Respondent.— Order granting defendant's motion for leave to serve amended answer affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

CARRIE M. MANHEIMER, Plaintiff, v. THOMAS F. ROCHFORD and Others, Defendants, Impleaded with PEPPARD REALTY COMPANY, INC., Appellant. A. GORDON MURRAY, Respondent.— Motion to authorize city chamberlain to pay moneys denied, without costs. The parties differ as to the amount which may properly be paid to the moving party. If they can agree upon the amount, upon stipulation, the stay heretofore granted may be modified accordingly. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

THE COAL AND IRON NATIONAL BANK, Appellant, v. AARON H. HOUTMAN and Others, Respondents. (Appeal No. 1.) — Order granting stay affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

NELLIE B. COBB, Appellant, v. HAROLD A. COBB, Respondent.— Order denying plaintiff's motion affirmed, without costs. Since the appellant neglected to print the motion papers in the record, we are not informed as to the character of the relief she sought at the Special Term. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.